**WO**                                                                                                          TCK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John William Lamb, | ) | No. CV 05-3137-PHX-EHC(LOA) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro, | ) | |
| Respondent. | ) | |

Petitioner John William Lamb, presently confined in the Arizona State Prison Complex in Florence, Arizona, has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee, nor has he filed an Application to Proceed In Forma Pauperis. The Court will allow **thirty days** for Petitioner to cure this deficiency.

**A.     Failure to Pay Filing Fee.**

The filing fee for a habeas corpus action is $5.00. See 28 U.S.C. § 1914. An inmate must pay the fee must if he has more than $25.00 in his inmate account. LRCiv 3.5(b). If he has less than $25.00 in his account, he may seek leave to proceed without payment of the filing fee by filing an Application to Proceed In Forma Pauperis. Petitioner has not paid the $5.00 filing fee, nor has he filed an Application to Proceed In Forma Pauperis. The Court

**TERMPSREF**

will allow Petitioner 30 days to cure this deficiency by either paying the fee or filing an Application to Proceed In Forma Pauperis accompanied by a certified trust account statement.

**B.    Rule 41 Cautionary Notice.**

Petitioner should take notice that if he fails to timely comply with every provision of this Order, or any order of the Court entered in this matter, the Petition and action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  See Ferdik v. Bonzelet, 963 F.2d 1258 (9th Cir.) (district court may dismiss action for failure to comply with any order of the Court), cert. denied, 506 U.S. 915 (1992).

**IT IS THEREFORE ORDERED:**

(1)  That Petitioner shall have **30 days** from the date this Order is filed to pay the $5.00 filing fee or to file with the Court a properly signed and certified Application to Proceed In Forma Pauperis;

(2)  That the Clerk of Court shall enter a judgment of dismissal of this action without prejudice and without further notice to Petitioner, if Petitioner fails to pay the $5.00 filing fee **or** fails to file a signed and certified Application to Proceed In Forma Pauperis within 30 days of the date this Order is filed;

(3)  That at all times during the pendency of this action, Petitioner shall immediately advise the Court and the United States Marshal of any change of address and its effective date. Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information pertaining to the change of address and its effective date. The notice shall not include any motions for any other relief. Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure;

(4)  That aside from the two copies of the petition or amended petition that must be submitted, a clear, legible copy of every pleading or other document filed shall accompany each original pleading or other document filed with the Clerk for use by the District Judge or Magistrate Judge to whom the case is assigned.  See LRCiv 3.5(a), 5.4. Failure to comply

1 with this requirement may result in the pleading or document being stricken without further
2 notice to Petitioner; and
3     (5) That the Clerk of Court shall provide Petitioner a current court-approved form for
4 filing an Application to Proceed In Forma Pauperis (Habeas).

6     DATED this 31st day of October, 2005.

*Earl H. Carroll*
_____
Earl H. Carroll
United States District Judge